UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>Defendants. | ) Case No: CV-F-07-464-LJO-DLB<br>)<br>) ORDER EXTENDING PAGE LIMIT FOR<br>) DEFENDANT CALCOT, LTD'S MOTION<br>) TO DISMISS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

After reading and considering Defendant, Calcot, Ltd's (CALCOT) Ex Parte Application for an Order Extending Page Limit, and the evidence presented in support thereof, this Court determines that good cause is shown that Defendant's request to extend the page limit of their motion to dismiss be GRANTED. The page limit for CALCOT's Motion to Dismiss will be extended by ten (10) pages. Accordingly, the Motion to Dismiss shall not exceed thirty-five (35) pages.

IT IS SO ORDERED.

**Dated:   March 23, 2007**              **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES DISTRICT JUDGE

1