1    Marshall C. Whitney, # 082952               (SPACE BELOW FOR FILING STAMP ONLY)
     Jerry D. Casheros, #203897
2    McCormick, Barstow, Sheppard,
     Wayte & Carruth LLP
3    P.O. Box 28912
     5 River Park Place East
4    Fresno, CA 93720-1501
     Telephone: (559) 433-1300
5    Facsimile: (559) 433-2300

6    Attorneys for Defendant
     EADIE AND PAYNE, LLP.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| ANDREWS FARM, a California partnership; and GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>CALCOT, LTD; EADIE AND PAYNE, LLP.; and DOES 1-50,<br><br>               Defendants. | Case No. 1:07-CV-00464-LJO-DLB<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**<br><br>**[Fed. Rule. Civ. Pro., Rule 12]**<br><br><br>Action Filed:     January 31, 2007 |

       The parties below hereby stipulate to extend the time within which Defendants may file and serve their responsive pleading to Plaintiffs' Complaint up to and including April 11, 2007.

Dated: March 28, 2007                                   McCORMICK, BARSTOW, SHEPPARD,
                                                                                   WAYTE & CARRUTH LLP


                                                          By: /s/    Jerry D. Casheros
                                                                       Marshall C. Whitney
                                                                       Jerry D. Casheros
                                                                    Attorneys for Defendant
                                                                 EADIE AND PAYNE, LLP.

| | | |
|---|---|---|
| 1 | Dated: March 29, 2007 | GRISWOLD, LaSALLE, COBB DOWD & GIN LLP |

By: /s/   Michael Johnson
Michael Johnson
Attorneys for Defendant
CALCOT, LTD.

Dated: March 29, 2007                                LAW OFFICES OF RALPH B. WEGIS

By: /s/   Michael Stump
Michael Stump
Attorneys for Plaintiffs
ANDREWS FARMS and GREG PALLA,
dba GREG PALLA FARMING
COMPANY

IT IS SO ORDERED:

DATED:        March 30, 2007                        /s/ Dennis L. Beck
U.S. Magistrate Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**