ROBERT M. DOWD, #70685
RAYMOND L. CARLSON #138043
MICHAEL R. JOHNSON, #237767
GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
311 North Douty Street
Hanford, CA 93230
(559) 584-6656; (559) 582-3106 (Facsimile)
dowd@griswoldlasalle.com; carlson@griswoldlasalle.com; johnson@griswoldlasalle.com

STEPHEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
(661) 322-6023; (661) 322-3508 (Facsimile)
sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com

Attorneys for: Defendant, CALCOT, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>Defendants. | Case No.: 1:07-cv-00464-LJO-DLB<br><br>ORDER EXTENDING PAGE LIMIT FOR DEFENDANT CALCOT, LTD'S REPLY TO PLAINTIFFS OPPOSITION TO MOTION TO DISMISS |

After reading and considering Defendant, Calcot, Ltd's (CALCOT) Ex Parte Application for Order Extending Page Limit ("Application"), and the evidence presented in support thereof, it is satisfactorily appearing to the Court that CALCOT cannot make a complete argument without additional pages.

1

1    IT IS HEREBY ORDERED

2    1.    The page limit for CALCOT's Reply to Plaintiffs Opposition to Motion to Dismiss will be extended by ten (10) pages.  The Motion to Dismiss will not exceed twenty (20) pages.

IT IS SO ORDERED.

**Dated:    May 14, 2007**            /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE