ROBERT M. DOWD, #70685
KRISTINE M. HOWE, #207235
MICHAEL R. JOHNSON, #237767
GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
311 North Douty Street; Hanford, CA 93230
(559) 584-6656; (559) 582-3106 (Facsimile)
dowd@griswoldlasalle.com; howe@griswoldlasalle.com; johnson@griswoldlasalle.com

STEPHEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230
(661) 322-6023; (661) 322-3508 (Facsimile)
sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com

Attorneys for: Defendant, CALCOT, LTD.

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 1:07-cv-00464<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |

　　　The parties hereby stipulate to extend the time within which Plaintiffs may file and serve their Amended Complaint up to and including July 16, 2007.

　　　Additionally, the parties hereby stipulate to extend the time within which Defendants may file and serve their responsive pleading to Plaintiffs' Amended Complaint up to and including August 15, 2007.

　　　The parties further stipulate that the Initial Scheduling Conference currently set for August 30, 2007, be continued to November 29, 2007 at 8:30am.

1

1  This stipulation is entered into based upon Good Cause: the initial complaint is fifty-five (55)
2  pages long and sets forth eight (8) causes of action; seven (7) of those causes of action have to be
3  amended to meet the particularity requirements established by Federal Rules 9 (b); and the Plaintiffs
4  have been granted leave to amend and add a ninth (9th) cause of action.

5  Michael Stump, Plaintiffs Counsel, is scheduled to be on vacation from June 28, 2007 through
6  July 9, 2007. Based upon the current filing schedule, Mr. Stump would have to complete the first
7  amended complaint prior to June 28, 2007 to comply with the Court's schedule as the first amended
8  complaint is currently due July 2, 2007.

9  Robert Dowd, Calcot's Counsel, has a prepaid vacation scheduled for July 5, 2007 through
10 July 16, 2007. Based upon the current filing schedule, Mr. Dowd would not be available to
11 participate in the submission of the responsive pleading for Calcot because the response to the first
12 amended complaint is due on July 12, 2007.

13 Dated: June 19, 2007                    GRISWOLD, LASALLE, COBB,
                                                      DOWD & GIN, LLP
14

15                                          By  /s/ Robert M. Dowd
                                                ROBERT M. DOWD,
16                                              Attorneys for Defendant,
                                                CALCOT, LTD.
17
   Dated: June 19, 2007                    McCORMICK, BARSTOW, SHEPPARD,
18                                                   WAYTE & CARRUTH, LLP

19
                                            By  /s/ Jerry Casheros
20                                              MARSHALL C. WHITNEY,
                                                JERRY CASHEROS,
21                                              Attorneys for Defendant,
                                                EADIE & PAYNE, LLP
22
   ///
23
   ///
24

25                                              2

26 K:\LJO\To_Be_Signed\07cv464.stip.wpd/ld       *ANDREWS FARMS v. CALCOT, LTD., et al.*
                                                 *STIPULATION AND [PROPOSED] ORDER*

1
2   Dated: June 19, 2007                    LAW OFFICES OF RALPH B. WEGIS

3                                           By  /s/ Michael Stump
                                                MICHAEL STUMP,
4                                               Attorneys for Plaintiffs,
                                                ANDREW FARMS and
5                                               GREG PALLA, dba
                                                GREG PALLA FARMING
6                                               COMPANY

7   HAVING READ AND CONSIDERED THE STIPULATION, THE COURT FINDS THAT IT
    INCLUDES GOOD CAUSE TO EXTEND THE DATES, AS REQUESTED.
8
    IT IS SO ORDERED.
9
    **Dated:    June 19, 2007**                   /s/ Lawrence J. O'Neill
10                                              UNITED STATES DISTRICT JUDGE

3

K:\LJO\To_Be_Signed\07cv464.stip.wpd/ld       *ANDREWS FARMS v. CALCOT, LTD., et al.*
                                              *STIPULATION AND [PROPOSED] ORDER*