1   ROBERT M. DOWD, #70685
    RAYMOND L. CARLSON, #138043
2   MICHAEL R. JOHNSON, #237767
    GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
3   311 North Douty Street; Hanford, CA 93230
    (559) 584-6656; (559) 582-3106 (Facsimile)
4   dowd@griswoldlasalle.com; howe@griswoldlasalle.com; johnson@griswoldlasalle.com

5   STEPHEN T. CLIFFORD, #39020
    T. MARK SMITH, #162370
6   CLIFFORD & BROWN
    1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230
7   (661) 322-6023; (661) 322-3508 (Facsimile)
    sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com
8
    Attorneys for: Defendants, CALCOT, LTD., and ROBERT W. NORRIS
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12  ANDREWS FARMS, a California          ) Case No.: 1:07-cv-00464
    partnership; and, GREG PALLA, a sole )
13  proprietor and doing business as GREG ) STIPULATION AND ORDER TO EXTEND
    PALLA FARMING COMPANY,               ) TIME FOR HEARING DEFENDANTS'
                                         ) MOTIONS TO DISMISS PLAINTIFFS'
14                                       ) FIRST AMENDED COMPLAINT
                    Plaintiffs,          )
15                                       )
    v.                                   )
16                                       )
    CALCOT, LTD; ROBERT W. NORRIS;       )
17  EADIE AND PAYNE, LLP; and DOES 1-    )
    50,                                  ) DATE: Sept. 20, 2007; Sept. 24, 2007
18                                       ) TIME: 8:30 a.m.
                    Defendants.          ) DEPT: 4
19

20          The parties below hereby stipulate to extend the time within which Defendants' Motions to

    Dismiss Plaintiffs' First Amended Complaint will be heard.  The motions are currently set to be heard
21
    on September 20 and 24, 2007.
22
    ///
23
    ///
24
    ///
25
    The parties stipulate to have both hearing dates moved to be heard concurrently on October 5, 2007.
26
                                         1

1  Dated: August 28, 2007

GRISWOLD, LASALLE, COBB,
DOWD & GIN, LLP

2

3

By  /s/ Robert M. Dowd
ROBERT M. DOWD,

4

Attorneys for Defendants,
CALCOT, LTD., and

5

ROBERT W. NORRIS

6  Dated: August 28, 2007

CLIFFORD & BROWN

7

By /s/ T. Mark Smith

8

STEPHEN T. CLIFFORD,
T. MARK SMITH,

9

Attorneys for Defendants,
CALCOT, LTD., and

10

ROBERT W. NORRIS

11  Dated: August 28, 2007

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

12

13

By  /s/ Jerry Casheros
MARSHALL C. WHITNEY,

14

JERRY CASHEROS,
Attorneys for Defendant,

15

EADIE & PAYNE, LLP

16  Dated: August 28, 2007

LAW OFFICES OF RALPH B. WEGIS

17

18

By  /s/ Michael Stump
MICHAEL STUMP,

19

Attorneys for Plaintiffs,
ANDREW FARMS and

20

GREG PALLA, dba
GREG PALLA FARMING
COMPANY

21

IT IS SO ORDERED.

22

**Dated:   August 28, 2007**              **/s/ Lawrence J. O'Neill**

23

UNITED STATES DISTRICT JUDGE

24

25

2

26

K:\LJO\To_Be_Signed\07cv0464.extension.wpd/ld

*ANDREWS FARMS v. CALCOT, LTD., et al.*
*STIPULATION AND [PROPOSED] ORDER*