RALPH B. WEGIS SBN 67966
MICHAEL J. STUMP SBN 193542
LAW OFFICES OF RALPH B. WEGIS, P.C.
1930 Truxtun Avenue
Bakersfield, California 93301
(661) 635-2100
(661) 635-2107 FAX
rwegis@ralphwegis.com
mstump@ralphwegis.com

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>Defendants. | Case No.: 1:07-cv-00464-LJO-DLB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FRCP, RULE 26(f) MANDATORY SCHEDULING CONFERENCE; and, DECLARATION OF MICHAEL J. STUMP IN SUPPORT THEREOF<br><br>OLD DATE: NOVEMBER 29, 2007<br><br>**PROPOSED DATE: JANUARY 30, 2008** |

This case is presently set for a Federal Rules of Civil Procedure, Rule 26(f) Mandatory Scheduling Conference on Thursday, November 29, 2007. In view of recent developments impacting the trial calendar and calendar of counsel for Plaintiffs, the parties have agreed to continue the Mandatory Scheduling Conference from November 29, 2007 to January 30, 2008. This agreement is made by the parties and proposed to the Court as a means of accommodating the trial calendar of

1

Plaintiffs' counsel so as to permit the parties to meet and confer on matters of discovery once the pleading have been settled, the defendants' answers have been filed, and counsel for Plaintiffs have adequate time to both participate in the meet and confer discussions required under Rule 26, prepare the documents necessary for mutual exchange, and to attend the Mandatory Scheduling Conference before this Court.

On October 2, 2007, Plaintiffs' counsel the Law Offices of Ralph B. Wegis, P.C., and its Ralph B. Wegis and Michael J. Stump, commenced a jury trial in the Imperial County Superior Court captioned *John Doe, et al. vs. El Centro Elementary School District* with case number ECU01892. The matter proceeded as a jury trial for approximately three weeks and was scheduled to be completed in the first full week of November, 2007. In the interim, the wildfires in Southern California, specifically San Diego County, caused counsel for the defendant, El Centro Elementary School District to be evacuated from their homes a status that remained uncertain as far as their return as of October 25, 2007. On October 25, 2007, the Imperial County Superior Court and its Judge Yeager, discharged the jury and scheduled the matter for a further four weeks' jury trial now set to commence November 26, 2007 and to be tried through December 21, 2007, and as such this will require plaintiffs' counsel to attend trial during those times in El Centro, California. (See accompanying Declaration of Michael J. Stump.)

Therefore, the parties hereby stipulate and agree, and having so agreed request that the Court order, that the Rule 26 Mandatory Scheduling Conference now scheduled for November 28, 2007 be continued to January 30, 2008. The parties have agreed to commence meet and confer discussions on Friday November 2, 2007 irrespective of this requested continuance.

Dated: November 2, 2007          GRISWOLD, LASALLE, COBB,
                                         DOWD & GIN, LLP


                                 By     /s/ROBERT M. DOWD
                                         ROBERT M. DOWD,
                                         Attorneys for Defendant,
                                         CALCOT, LTD.


Dated: November 2, 2007          CLIFFORD & BROWN


                                 By     /s/STEPHEN T. CLIFFORD
                                         STEPHEN T. CLIFFORD,
                                         Attorneys for Defendants,
                                         CALCOT, LTD., and
                                         ROBERT W. NORRIS


Dated: November 2, 2007          McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH, LLP


                                 By     /s/JERRY CASHEROS
                                         MARSHALL C. WHITNEY,
                                         JERRY CASHEROS,
                                         Attorneys for Defendant,
                                         EADIE & PAYNE, LLP



[Remaining signatures are on the following page]








3

*ANDREWS FARMS v. CALCOT, LTD., et al.;*
*STIPULATION AND [PROPOSED] ORDER;*
*SUPPORTING DECLARATION OF MICHAEL J.*
*STUMP*

Dated: November 2, 2007          LAW OFFICES OF RALPH B. WEGIS

                                 By _____
                                    MICHAEL J. STUMP,
                                    Attorneys for Plaintiffs,
                                    ANDREW FARMS and
                                    GREG PALLA, dba
                                    GREG PALLA FARMING
                                    COMPANY

                              * * *


[Proposed] ORDER OF THE U.S. DISTRICT COURT


UPON THE STIPULATION AND AGREEMENT OF THE PARTIES HERETO, AND FOR GOOD CAUSE DEMONSTRATED, THE FRCP RULE 26 MANDATORY SCHEDULING CONFERENCE IS CONTINUED TO JANUARY 30, 2008 at 8:15am.

IT IS SO ORDERED:


Dated: _11/5/07_____s/Lawrence J. O'Neill_____
                                 JUDGE U.S. DISTRICT COURT

4

*ANDREWS FARMS v. CALCOT, LTD., et al.;*
*STIPULATION AND [PROPOSED] ORDER;*
*SUPPORTING DECLARATION OF MICHAEL J.*
*STUMP*