# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, et al., | CASE NO. CV-F-07-0464 LJO DLB |
| Plaintiffs, | **PRELIMINARY SCHEDULING ORDER** |
| vs. | |
| CALCOT, LTD., EADIE AND PAYNE | |
| Defendants. | |

This Court conducted a preliminary scheduling conference on February 7, 2008 in Department 4 (LJO).  Plaintiffs Andrews Farms and Greg Palla appeared by counsel Michael Stump.  Defendant Calcot, Ltd. appeared by counsel Robert Dowd.  Defendant Eadie and Payne appeared by counsel Jerry Casheros.

This action is a purported class action which alleges that defendants mismanaged the plaintiff's money and did not deal openly and honestly with the cooperative's members in using funds for the Palm Bluff Real Estate Development Project.

After discussion with counsel, and based on the agreement of counsel, this Court:

1. SETS a July 11, 2008 cutoff for discovery regarding class certification only;
2. SETS the date for filing the motion for class certification - no later than September 11, 2008;

3. SETS the date for filing an opposition to the motion for class certification - no later than October 10, 2008;

4. SETS the date for filing any reply to the motion for class certification - no later than November 11, 2008;

5. SETS a December 2, 2008 hearing on plaintiff's anticipated motion for class certification to be heard in Department 4 of this Court at 8:15 a.m.  The parties may appear at the hearing by arranging a one line conference call and telephoning 559-499-5680;

The Court will set a hearing date for a scheduling conference after the motion for class certification.

IT IS SO ORDERED.

**Dated:   February 7, 2008**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE