ROBERT M. DOWD, #70685
RAYMOND L. CARLSON, #138043
MICHAEL R. JOHNSON, #237767
GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
311 North Douty Street; Hanford, CA 93230
(559) 584-6656; (559) 582-3106 (Facsimile)
dowd@griswoldlasalle.com; howe@griswoldlasalle.com; johnson@griswoldlasalle.com

STEPHEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230
(661) 322-6023; (661) 322-3508 (Facsimile)
sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com

Attorneys for: Defendants, CALCOT, LTD., and ROBERT W. NORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; ROBERT W. NORRIS; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>　　　　Defendants. | Case No.: 1:07-cv-00464<br><br>STIPULATION AND ORDER MODIFYING INITIAL SCHEDULING CONFERENCE ORDER TO ACCOMMODATE EXTENSION OF DISCOVERY CUTOFF AND BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION<br><br>Current Cut-Off Date: July 11, 2008 |

For GOOD CAUSE, the parties stipulate to extending the discovery cut-off, the date for the certification motion and responsive pleadings of said motion. This GOOD CAUSE includes, without limitation, extensive meet and confer on the parties' initial disclosures, a cooperative effort in staging discovery to be more efficient, and the parties efforts seeking to avoid the need for the Court's assistance by allowing sufficient time to address concerns raised in meet and confer to allow an orderly progression in discovery.

The parties stipulate as follows: (1) discovery cut-off be extended from July 11, 2008 to

1

1  October 10, 2008; (2) the date Plaintiffs have to file their motion for class certification is moved from
2  September 11, 2008 to October 27, 2008; (3) the date Defendants will file their opposition to the class
3  certification motion is moved from October 10, 2008 to November 24, 2008; (4) the reply to the
4  motion for class certification is moved from November 11, 2008 to December 15, 2008; and (5) the
5  hearing date on Plaintiffs' anticipated motion for certification will be January 6, 2009.

Dated: July 18, 2008                    GRISWOLD, LASALLE, COBB,
                                                           DOWD & GIN, LLP

                                                By    /s/ Michael R. Johnson
                                                        MICHAEL R. JOHNSON,
                                                        Attorneys for Defendants,
                                                        CALCOT, LTD., and
                                                        ROBERT W. NORRIS

Dated: July 18, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH, LLP

                                                By    /s/ Jerry Casheros
                                                        MARSHALL C. WHITNEY,
                                                        JERRY CASHEROS,
                                                        Attorneys for Defendant,
                                                        EADIE & PAYNE, LLP

Dated: July 18, 2008                    LAW OFFICES OF RALPH B. WEGIS

                                                By    /s/ Michael Stump
                                                        MICHAEL STUMP,
                                                        Attorneys for Plaintiffs,
                                                        ANDREW FARMS and
                                                        GREG PALLA, dba
                                                        GREG PALLA FARMING
                                                        COMPANY

1    IT IS SO ORDERED:  (1) discovery cut-off be extended from July 11, 2008 to October 10,
2    2008; (2) the date Plaintiffs have to file their motion for class certification is moved from September
3    11, 2008 to October 27, 2008; (3) the date Defendants will file their opposition to the class
4    certification motion is moved from October 10, 2008 to November 24, 2008; (4) the reply to the
5    motion for class certification is moved from November 11, 2008 to December 15, 2008; and (5) the
6    hearing date on Plaintiffs' anticipated motion for certification will be January 6, 2009.
7    IT IS SO ORDERED.

**Dated:   July 18, 2008**                              /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE