ROBERT M. DOWD, #70685
RAYMOND L. CARLSON, #138043
MICHAEL R. JOHNSON, #237767
GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
311 North Douty Street; Hanford, CA 93230
(559) 584-6656; (559) 582-3106 (Facsimile)
dowd@griswoldlasalle.com; howe@griswoldlasalle.com; johnson@griswoldlasalle.com

STEPHEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230
(661) 322-6023; (661) 322-3508 (Facsimile)
sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com

Attorneys for: Defendants, CALCOT, LTD., and ROBERT W. NORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; ROBERT W. NORRIS; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No.: 1:07-cv-00464<br><br>SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PRE-CERTIFICATION DISCOVERY CUT-OFF AND CLASS CERTIFICATION MOTION |

　　　　For good cause, the parties stipulate to extending the discovery cut-off, the date for the certification motion and responsive pleadings of said motion. The parties have had to continue to meet and confer a number of times to determine the scope of discovery and the documents that would

be exchanged.  Further, there has been significant effort by the parties to ascertain the identity of and locate documents previously exchanged in the context of prior litigation involving Calcot, Ltd. and Eadie and Payne, LLP.  There has been and is anticipated to be voluminous further documents exchanged as a consequence of this ongoing process.

Following completion of written discovery and document exchange, the parties also anticipate necessity of taking limited pre-certification depositions, and the time built into this stipulation and proposed order contemplates that additional discovery as well.

The parties stipulate as follows: (1) discovery cut-off for pre-certification discovery be extended from October 10, 2008 to February 10, 2009; (2) the date Plaintiffs have to file their motion for class certification is moved from October 27, 2008 to March 2, 2009; (3) the date Defendants will file their opposition to the class certification motion is moved from November 24, 2008 to April 2, 2009; (4) the reply to the motion for class certification is moved from December 15, 2008 to April 20, 2009; and (5) the hearing date on Plaintiffs' anticipated motion for certification will be moved from January 6, 2009 to May 4, 2009.

Dated: Nov. 7, 2008         GRISWOLD, LASALLE, COBB,
                            DOWD & GIN, LLP


                            By    /s/ Michael R. Johnson
                                  MICHAEL R. JOHNSON,
                                  Attorneys for Defendants,
                                  CALCOT, LTD., and
                                  ROBERT W. NORRIS

2

| | |
|---|---|
| Dated: Nov. 7, 2008 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |

By   /s/ Jerry Casheros
    MARSHALL C. WHITNEY,
    JERRY CASHEROS,
    Attorneys for Defendant,
    EADIE & PAYNE, LLP

Dated: Nov. 7, 2008         LAW OFFICES OF RALPH B. WEGIS, P.C.

By   /s/ Michael J. Stump
    MICHAEL J. STUMP,
    Attorneys for Plaintiffs,
    ANDREW FARMS and
    GREG PALLA, dba
    GREG PALLA FARMING
    COMPANY

IT IS SO ORDERED:

    The dates in the order are firm dates and will not be continued again.

Dated: _November 12, 2008_____        __/s/ Lawrence J. O'Neill_____
                                                                                              JUDGE U.S. DISTRICT COURT

3

*ANDREWS FARMS v. CALCOT, LTD., et al.*
C:\WINDOWS\TEMP\NOTES101AA1\FINAL STIPULATION AND PROPOSED ORDER RE SCHEDULING 110708.DOC/ld *STIPULATION AND [PROPOSED] ORDER*