# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, *et al.*, | CASE NO. CV-F-07-0464 LJO DLB |
| Plaintiffs, | **ORDER TO AMEND BRIEFING SCHEDULE** |
| vs. | |
| CALCOT, LTD., *et al.* | |
| Defendants. | |

Having read and reviewed the parties' Stipulation and Proposed Order to Extend Time For Response to Motion for Class Certification, this Court AMENDS plaintiffs' class certification motion briefing schedule as follows:

1. Defendants shall file and serve their opposition(s) no later than **June 15, 2009**;
2. Plaintiffs shall file and serve a reply, if any, no later than **June 22, 2009**;
3. A hearing in this matter, if necessary, shall take place on **July 13, 2009** at 8:15 a.m. in Courtroom 4 (LJO).

IT IS SO ORDERED.

**Dated:   June 1, 2009**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE