RALPH B. WEGIS, SBN 67966
MICHAEL J. STUMP, SBN 193542
LAW OFFICES OF RALPH B. WEGIS, P.C.
1930 TRUXTUN AVENUE
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
FAX: (661) 635-2107

Attorneys for Plaintiffs, Andrews Farms and
Greg Palla, individually and on behalf of the class

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALCOT, LTD; EADIE AND PAYNE, and DOES 1-50,<br><br>Defendants. | Case No.: 1:07-CV-00464-LJO-DLB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE FOR CLASS ACTION [Doc. 159]<br><br>[FRCP Rule 26(F)] |

All parties hereby stipulate and agree to continue the Scheduling Conference, presently set for August 31, 2009, and respectfully submit that good cause exists for such continuance, as follows:

1. The Court, by United States District Court Judge Lawrence J. O'Neill on August 5, 2009, issued the "*Order On Plaintiff's Renewed Class Certification Motion And Defendant's Motion For Summary Judgment*" [Doc.159] ("*Class Certification Order*"). That order certified Plaintiffs' class against Calcot Ltd. ("Calcot"), Eadie and Payne ("E & P") and the former CEO of Calcot Robert Norris.

---

1

STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE
FOR CLASS ACTION [Doc. 159]

2. The *Class Certification Order* set a scheduling conference before United States Magistrate Judge Dennis L. Beck for August 31, 2009 requiring a joint report by August 24, 2009. [Doc. 159, pg.21:25-22:6]  The Court also directed the parties to meet and confer on issue regarding the class notice and outstanding discovery issues and to raise any unresolved issues at the scheduling conference. [Doc. 159, pg.s21:9-14 & 21:25-22:6]

3. The parties respectfully request that the Scheduling Conference, and date for submitting the joint report, be continued two weeks.  The parties have met and conferred on this issue and respectfully submit that good cause exists for such continuance to allow the parties to more fully seek to meet and confer on the notice and outstanding discovery issues in the hope of resolving these before the conference.  Further, this extra time will allow the parties further time to address and meet and confer on case management and related issues for the scheduling conference in light of the Court's recent order.

Dated: August 19, 2009:        GRISWOLD, LASALLE, COBB,
                                       DOWD & GIN, LLP


                               By      /s/MICHAEL JOHNSON
                                       ROBERT M. DOWD,
                                       Attorneys for Defendant,
                                       CALCOT, LTD and
                                       ROBERT W. NORRIS.

Dated: August 19, 2009:        McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH, LLP


                               By      /s/JERRY CASHEROS
                                       MARSHALL C. WHITNEY,
                                       JERRY CASHEROS,
                                       Attorneys for Defendant,
                                       EADIE & PAYNE, LLP


*[additional signatures on remaining page]*

---

STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE
FOR CLASS ACTION [Doc. 159]

1  Dated: August 19, 2009:    LAW OFFICES OF RALPH B. WEGIS

2

3           By      /s/MICHAEL J. STUMP
                MICHAEL J. STUMP,
4               Attorneys for Plaintiffs,
                ANDREW FARMS and
5               GREG PALLA, dba
                GREG PALLA FARMING
6               COMPANY

7

8  **ORDER**

9

10    The Scheduling Conference is continued to 9/16/2009 at 9:30 am before Magistrate Judge

11 Beck.

12

13

14 IT IS SO ORDERED.

15

16    Dated:   **August 20, 2009**            /s/ *Dennis L. Beck*
                                UNITED STATES MAGISTRATE JUDGE