1  RALPH B. WEGIS, SBN 67966
   MICHAEL J. STUMP, SBN 193542
2  LAW OFFICES OF RALPH B. WEGIS, P.C.
   1930 TRUXTUN AVENUE
3  BAKERSFIELD, CALIFORNIA 93301
   TELEPHONE: (661) 635-2100
4  FAX: (661) 635-2107

5  Attorneys for Plaintiffs, Andrews Farms and
   Greg Palla, individually and on behalf of the class
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                   FRESNO DIVISION

11  ANDREWS FARMS, a California partnership;)  Case No.:  1:07-CV-00464-LJO-DLB
    and, GREG PALLA, a sole proprietor and   )
12  doing business as GREG PALLA FARMING     )  STIPULATION AND ORDER
    COMPANY, individually, and on behalf of  )  CONTINUING SCHEDULING
13  themselves and all others similarly situated, )  CONFERENCE FOR  CLASS ACTION
                                             )  [Doc. 159]
14                                           )
                                             )  [FRCP Rule 26(F)]
15              Plaintiffs,                  )
                                             )  Conference Presently Set:
16  vs.                                      )
                                             )  TIME:  9:30 a.m.
17  CALCOT, LTD; EADIE AND PAYNE, and        )  PLACE:  Courtroom 9(DLB) before
    DOES 1-50,                               )  Magistrate Judge Dennis L. Beck
18                                           )  September 16, 2009 at 9:30a.m.
                                             )
19              Defendants.                  )
                                             )
20

21      All parties hereby stipulate and agree to continue the Scheduling Conference, presently

22  set for September 16, 2009, for one week and respectfully submit that good cause exists for such

23  continuance, as follows:

24      1.      The Court, by United States District Court Judge Lawrence J. O'Neill on August 5,

25          2009, issued the "*Order On Plaintiff's Renewed Class Certification Motion And*

26          *Defendant's Motion For Summary Judgment*" [Doc.159] ("*Class Certification Order*").

27          That order certified Plaintiffs' class against Calcot Ltd. ("Calcot"), Eadie and Payne ("E

28          & P") and the former CEO of Calcot Robert Norris.

_____
                                                              1
                          PROPOSED ORDER

2.      The *Class Certification Order* set a scheduling conference before United States Magistrate Judge Dennis L. Beck for August 31, 2009 requiring a joint report by August 24, 2009. [Doc. 159, pg.21:25-22:6]  The Court also directed the parties to meet and confer on issues regarding the class notice and outstanding discovery issues and to raise any unresolved issues at the scheduling conference. [Doc. 159, pg.21:9-14 & 21:25-22:6]

3.      The parties have been involved in meet and confer regarding, but not limited to, plaintiffs' obtaining the records, electronically and in hard copy, to facilitate class notice, including the possibility a Person Most Knowledgeable Deposition ("PMK") for such records, the voluntary exchange of such records or information with or without the need for PMK deposition, and technical issues regarding the electronically stored information. The parties meet and confer on these issues appears to be proving productive and the parties would like to continue those discussions further so the issues may be further addressed and resolved, if not in whole, in part, prior to the scheduling conference or, at the least,  more fully crystallized for the conference.

4.      Additionally, there are other areas of disagreement and meet and confer ongoing and/or that will need to follow the further discussions regarding the records issues.  This is not meant to be a comprehensive summary of such issues. The parties will not burden the Court with all such disagreements, many of which might be mooted, unless the Court needs further information to support this request.

5.      This is the second request for a continuance.  Previously the parties obtained, by stipulation, a two week continuance. (Doc. 161)

6.      The parties respectfully request that the Scheduling Conference, and date for submitting the joint report, be continued one week.  The parties have met and conferred on this issue and respectfully submit that good cause exists for such continuance as discussed above.

7.      The parties respectfully note that they may need to request further continuances depending on how the ongoing meet and confer resolves or addresses the issues.

PROPOSED ORDER

1    Further, nothing herein is intended by either party to waive any right to move the Court

2    further in this regard regarding the date of the scheduling conference should that party

3    believe such is appropriate.

4

5    Dated: September 4, 2009:                        GRISWOLD, LASALLE, COBB,
                                                            DOWD & GIN, LLP
6

7                                                    By    /s/ Robert M. Dowd
8                                                          ROBERT M. DOWD,
                                                          Attorneys for Defendant,
9                                                          CALCOT, LTD and
                                                          ROBERT W. NORRIS.
10

11   Dated: September 4, 2009:                        McCORMICK, BARSTOW, SHEPPARD,
                                                            WAYTE & CARRUTH, LLP
12

13                                                   By    /s/ Marshall C. Whitney
                                                          MARSHALL C. WHITNEY,
14                                                        JERRY CASHEROS,
                                                          Attorneys for Defendant,
15                                                        EADIE & PAYNE, LLP

16

17   Dated: September 4, 2009:                        LAW OFFICES OF RALPH B. WEGIS

18
                                                     By    /s/ Michael J. Stump
19                                                        MICHAEL J. STUMP,
                                                          Attorneys for Plaintiffs,
20                                                        ANDREW FARMS and
                                                          GREG PALLA, dba
21                                                        GREG PALLA FARMING
                                                          COMPANY
22                                                   **ORDER**

23        The Scheduling Conference is continued to 9/30/2009 at 9:15 am before Magistrate Judge

24   Beck.

25   IT IS SO ORDERED.

26

27      Dated:   **September 8, 2009**                    /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE
28

PROPOSED ORDER