Marshall C. Whitney, # 082952
Jerry D. Casheros, #203897
Mandy L. Jeffcoach, #232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
EADIE AND PAYNE, LLP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ANDREWS FARM, a California partnership; and GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>CALCOT, LTD; EADIE AND PAYNE, LLP.; and DOES 1-50,<br><br>            Defendants. | Case No.  1:07-CV-00464-LJO-DLB<br><br>**STIPULATION AND ORDER CONTINUING DATE TO FILE MANDATORY JOINT SCHEDULING CONFERENCE REPORT**<br><br>**[Fed. Rule. Civ. Pro., Rule 26F]**<br><br>Action Filed:        January 31, 2007 |

The parties below hereby stipulate to extend the time within which the parties shall file their Mandatory Joint Scheduling Conference Report from September 23, 2009 to 10:00 a.m. on September 25, 2009.  The parties have diligently been involved in the "meet and confer" process and good cause exists to extend the time in which to file the Mandatory Joint Scheduling Conference Report so that the parties can continue their "meet and confer" efforts.

| | |
|---|---|
| Dated: September 23, 2009 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Mandy L. Jeffcoach<br>Marshall C. Whitney<br>Jerry D. Casheros<br>Mandy L. Jeffcoach<br>Attorneys for Defendant<br>EADIE AND PAYNE, LLP. |
| Dated: September 23, 2009 | GRISWOLD, LaSALLE, COBB DOWD & GIN LLP |
| | By: /s/ Michael Johnson<br>Michael Johnson<br>Robert Dowd<br>Attorneys for Defendant<br>CALCOT, LTD. |
| Dated: September 23, 2009 | CLIFFORD & BROWN |
| | By: /s/ Mark Smith<br>Mark Smith<br>Attorneys for Defendants<br>CALCOT, LTD. and ROBERT NORRIS |
| Dated: September 23, 2009 | LAW OFFICES OF RALPH B. WEGIS |
| | By: /s/ Michael Stump<br>Michael Stump<br>Attorneys for Plaintiffs<br>ANDREWS FARMS and GREG PALLA, dba GREG PALLA FARMING COMPANY |

IT IS SO ORDERED.

Dated: **September 24, 2009**       /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND PROPOSED ORDER CONTINUING DATE TO FILE JOINT SCHEDULING CONFERENCE REPORT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION AND PROPOSED ORDER CONTINUING DATE TO FILE JOINT SCHEDULING CONFERENCE REPORT