ROBERT M. DOWD, #70685
RAYMOND L. CARLSON, #138043
MICHAEL R. JOHNSON, #237767
ALISON R. TERRY, #258632
GRISWOLD, LaSALLE, COBB,
  DOWD & GIN, L.L.P.
111 E. 7th Street
Hanford, CA 93230
Telephone:   (559) 584-6656
Facsimile:   (559) 582-3106

Attorneys for: Calcot, Ltd.

STEVEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Telephone:   (661) 322-6023
Facsimile:   (661) 322-3508

Attorneys for: Calcot, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and GREG PALLA, a sole proprietor and doing business as GREG, PALLA FARMING COMPANY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALCOT, LTD.; EADIE & PAYNE, LLP; and DOES 1-50,<br><br>    Defendants. | Case No. 1:07-CV-00464-LJO-DLB<br><br>ORDER ON DEFENDANTS' APPLICATION FOR CONTINUANCE OF HEARING AND OPPOSITION DUE DATES ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION |

The Court, having reviewed Defendant Calcot, Ltd.'s application for continuance of hearing and opposition due dates on Plaintiffs' motion for partial summary judgment and/or summary adjudication, and good cause appearing therefor,

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

1

Order on Application for Continuance of Plaintiffs' Summary Judgment/Adjudication Motion
Andrews v. Calcot, Ltd., et al.; Case No. 1:07-CV-00464-LJO-DLB

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

2      1.   The hearing on Plaintiffs' motion is continued to January 28, 2010 at 8:30 a.m. in
3  Department 4.

4      2.   Defendant's opposition to the motion shall be filed and personally served no later than
5  January 14, 2010, or January 11, 2010 if served electronically.

6      3.   Plaintiffs' reply, if any, shall be filed and served no later than January 21, 2010. The
7  reply may be served electronically.

8  IT IS SO ORDERED.

9  **Dated:   December 3, 2009**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

2
Order on Application for Continuance of Plaintiffs' Summary Judgment/Adjudication Motion
Andrews v. Calcot, Ltd., et al.; Case No.  1:07-CV-00464-LJO-DLB