# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, *et al.*, | CASE NO. CV-F-07-0464 LJO DLB |
| Plaintiffs, | **ORDER ON PLAINTIFFS' WAIVER OF OBJECTION AND TO CONTINUE PLAINTIFFS' REPLY DEADLINE** |
| vs. | |
| CALCOT, LTD., *et al.* | |
| Defendants. | |

Having read and reviewed the parties' Stipulation and Proposed Order, dated January 27, 2010 (Doc. 202), this Court ORDERS as follows:

(1) THE DEADLINE FOR FILING/SERVICE OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF ISSUES IS HEREBY CONTINUED FROM JANUARY 29, 2010 TO **FEBRUARY 1, 2010;** and

(2) THE COURT ACCEPTS THE WAIVER BY PLAINTIFFS OF PLAINTIFFS GROUNDS FOR OBJECTION TO THE SUPPLEMENTAL POINTS AND AUTHORITIES IN OPPOSITION (Doc. 199), WAIVER THAT IS LIMITED TO PROCEDURAL GROUNDS ONLY.

IT IS SO ORDERED.

Dated:   January 27, 2010                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE