| | |
|---|---|
| 1 | ROBERT M. DOWD, #70685<br>RAYMOND L. CARLSON, #138043 |
| 2 | MICHAEL R. JOHNSON, #237767<br>GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P. |
| 3 | 311 North Douty Street; Hanford, CA 93230<br>(559) 584-6656; (559) 582-3106 (Facsimile) |
| 4 | dowd@griswoldlasalle.com; howe@griswoldlasalle.com; johnson@griswoldlasalle.com |
| 5 | STEPHEN T. CLIFFORD, #39020<br>T. MARK SMITH, #162370 |
| 6 | CLIFFORD & BROWN<br>1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230 |
| 7 | (661) 322-6023; (661) 322-3508 (Facsimile)<br>sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com |
| 8 | Attorneys for: Defendants, CALCOT, LTD., and ROBERT W. NORRIS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; ROBERT W. NORRIS; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:07-cv-00464 LJO-DLB<br><br>STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE<br><br><br><br><br><br><br><br><br><br>Scheduling Conference Date: March 17, 2010 |

For GOOD CAUSE, the parties hereby stipulate to and respectfully request that the Court continue the Scheduling Conference currently set for March 17, 2010, to May 26, 2010.

This GOOD CAUSE includes, without limitation, the following:

1. The Court has scheduled a hearing for Defendant Calcot's Motion for a Protective Order on April 16, 2010.

2. Defendant Calcot is making its best effort to file a motion to modify and/or clarify the class definition in the proposed class on or about March 15, 2010.

1

3. The parties have agreed to provide their initial disclosures on the merits of the case on or about April 30, 2010. Defendant Calcot believes that the disclosure date should be moved if the Court does not rule on the Motion for a Protective Order on or before April 16, 2010. Plaintiffs have taken a position that the initial disclosure should not be tied to the protective order and the parties have agreed to address the issue in the event that the Court has not ruled by April 16, 2010.

4. The agree that Plaintiffs may serve a single request for production on Defendant Eadie & Payne seeking the insurance policies for all years subject to the class action so that this dispute may be brought to resolution, if need be, with the Court's assistance.

5. The parties agree that now that Defendant Calcot has filed for a protective order, it is best to see if that motion or related meet and confer, may resolve the issue before the next status conference. Further, since Defendant Calcot has moved to clarify the class definition, it appears unproductive to address further the issue of class notice until that is resolved.

Therefore, the parties respectfully request the Court continue the Scheduling Conference currently set for March 17, 2010, to May 26, 2010.

Dated: March 16, 2010          LAW OFFICES OF RALPH B. WEGIS

By  /s/ Michael Stump
MICHAEL STUMP,
Attorneys for Plaintiffs,
ANDREW FARMS and
GREG PALLA, dba
GREG PALLA FARMING
COMPANY

| | | |
|---|---|---|
| 1 | Dated: March 16, 2010 | GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP |
| 2 | | |
| 3 | | By /s/ Michael R. Johnson |
| 4 | | MICHAEL R. JOHNSON, Attorneys for Defendants, CALCOT, LTD., and |
| 5 | | ROBERT W. NORRIS |

Dated: March 16, 2010      CLIFFORD & BROWN

By   /s/ T. Mark Smith
T. MARK SMITH,
Attorneys for Defendants,
CALCOT, LTD., and
ROBERT W. NORRIS

Dated: March 16, 2010      McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By   /s/ Jerry Casheros
MARSHALL C. WHITNEY,
JERRY CASHEROS,
Attorneys for Defendant,
EADIE & PAYNE, LLP

1     IT IS SO ORDERED: The Scheduling Conference date is hereby been continued from March
2 17, 2010, to May 26, 2010, at 9:00 am in Courtroom 9.

4     IT IS SO ORDERED.

5     Dated: **March 16, 2010**          **/s/ Dennis L. Beck**
                                                                                 UNITED STATES MAGISTRATE JUDGE

4

K:\DLB\To_Be_Signed\07cv464.o.sch conf.wpd/ld         *ANDREWS FARMS v. CALCOT, LTD., et al.*
                                                                  *STIPULATION AND [PROPOSED] ORDER*