1 ROBERT M. DOWD, #70685
RAYMOND L. CARLSON, #138043
2 MICHAEL R. JOHNSON, #237767
ALISON R. TERRY, #258632
3 GRISWOLD, LaSALLE, COBB,
   DOWD & GIN, L.L.P.
4 111 E. 7th Street
Hanford, CA 93230
5 Telephone:   (559) 584-6656
Facsimile:    (559) 582-3106
6
Attorneys for: Calcot, Ltd.
7
STEVEN T. CLIFFORD, #39020
8 T. MARK SMITH, #162370
CLIFFORD & BROWN
9 1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
10 Telephone:   (661) 322-6023
Facsimile:    (661) 322-3508
11
Attorneys for: Calcot, Ltd.
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALCOT, LTD.; EADIE & PAYNE, LLP; and DOES 1-50,<br><br>    Defendants. | Case No. 1:07-CV-00464-LJO-DLB<br><br>STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER; and ORDER<br><br>CONT. DATE:   April 30, 2010<br>TIME:              9:00 a.m.<br>CRTM:             9<br>Hon. Dennis L. Beck |

23 / / /

24 / / /

25 / / /

26

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

1
Stipulation to Continue Hearing Date on Motion for Protective Order
Andrews v. Calcot, Ltd., et al.; Case No. 1:07-CV-00464-LJO-DLB

Through counsel, the parties hereto stipulate to continue the hearing date on Defendant Calcot, Ltd.'s motion for protective order from the current scheduled hearing date of April 16, 2010, to April 30, 2010, in order to allow time for the parties to further meet and confer regarding issues raised in the motion and proposed protective order.

DATED: April 2, 2010.

                              GRISWOLD, LaSALLE, COBB,
                                 DOWD & GIN, L.L.P.

                              By   /s/ Michael R. Johnson
                                  MICHAEL R. JOHNSON
                                  Attorneys for Calcot, Ltd.

DATED: April 2, 2010.

                              LAW OFFICES OF RALPH B. WEGIS

                              By:  /S/ Michael J. Stump
                                 (As authorized 4/2/10)
                                 MICHAEL J. STUMP
                                 Attorneys for Plaintiffs

ORDER

IT IS SO ORDERED that the above matter be heard April 30, 2010.

IT IS SO ORDERED.

**Dated:   April 3, 2010**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

2
Stipulation to Continue Hearing Date on Motion for Protective Order
Andrews v. Calcot, Ltd., et al.; Case No. 1:07-CV-00464-LJO-DLB