1  ROBERT M. DOWD, #70685
   RAYMOND L. CARLSON, #138043
2  MICHAEL R. JOHNSON, #237767
   ALISON R. TERRY, #258632
3  GRISWOLD, LaSALLE, COBB,
      DOWD & GIN, L.L.P.
4  111 E. 7th Street
   Hanford, CA 93230
5  Telephone:    (559) 584-6656
   Facsimile:    (559) 582-3106
6
   Attorneys for: Calcot, Ltd.
7
   STEVEN T. CLIFFORD, #39020
8  T. MARK SMITH, #162370
   CLIFFORD & BROWN
9  1430 Truxtun Avenue, Suite 900
   Bakersfield, CA 93301
10 Telephone:    (661) 322-6023
   Facsimile:    (661) 322-3508
11
   Attorneys for: Calcot, Ltd.
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALCOT, LTD.; EADIE & PAYNE, LLP; and DOES 1-50,<br><br>    Defendants. | Case No. 1:07-CV-00464-LJO-SKO<br><br>[CORRECTED] STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER; [PROPOSED ORDER]<br><br>CONT. DATE:   June 11, 2010<br>TIME:         9:30 a.m.<br>CRTM:<br>Hon. Sheila K. Oberto |

23  / / /
24  / / /
25  / / /
26  / / /

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

1

Stipulation to Continue Hearing Date on Motion for Protective Order
Andrews v. Calcot, Ltd., et al.; Case No. 1:07-CV-00464-LJO-SKO

1  Through counsel, the parties hereto stipulate to continue the hearing date on Defendant Calcot,
2  Ltd.'s motion for protective order from the current scheduled hearing date of April 30, 2010, to June 11,
3  2010, in order to allow time for the parties to further meet and confer regarding issues raised in the
4  motion and proposed protective order.

DATED: April 21, 2010

                                             GRISWOLD, LaSALLE, COBB,
                                                DOWD & GIN, L.L.P.

                                      By   /s/ Michael R. Johnson
                                              MICHAEL R. JOHNSON
                                              Attorneys for Calcot, Ltd.

DATED: April 21, 2010

                                             LAW OFFICES OF RALPH B. WEGIS

                                      By:  /s/ Michael J. Stump
                                              (As authorized 4/16/10)
                                              MICHAEL J. STUMP
                                              Attorneys for Plaintiffs

IT IS SO ORDERED.

**Dated:   April 21, 2010**                                  /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

2
Stipulation to Continue Hearing Date on Motion for Protective Order
Andrews v. Calcot, Ltd., et al.; Case No. 1:07-CV-00464-LJO-SKO