ROBERT M. DOWD, #70685
RAYMOND L. CARLSON, #138043
MICHAEL R. JOHNSON, #237767
ALISON R. TERRY, #258632
GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street; Hanford, CA 93230
(559) 584-6656; (559) 582-3106 (Facsimile)
dowd@griswoldlasalle.com; carlson@griswoldlasalle.com; johnson@griswoldlasalle.com;
terry@griswoldlasalle.com

STEPHEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230
(661) 322-6023; (661) 322-3508 (Facsimile)
sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com

Attorneys for: Defendants, CALCOT, LTD., and ROBERT W. NORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; ROBERT W. NORRIS; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>Defendants. | Case No.: 1:07-cv-00464 LJO-SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR MOTION TO AMEND CLASS CERTIFICATION<br><br><br><br>Proposed Date: May 24, 2010<br>Current Date: May 10, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

The parties hereby stipulate that the Motion to Amend Class Certification, currently set on calendar for May 10, 2010, be continued two (2) weeks, to May 24, 2010.

The parties further stipulate that the opposition and reply to the Motion to Amend Class Certification each be continued one (1) week to be due on May 4, 2010 and May 17, 2010, respectively.

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*STIPULATION AND [PROPOSED] ORDER*
*Andrews Farms v. Calcot, et al.*

The parties continue to meet and confer prior to the hearing in an attempt to reach an amicable resolution.

Dated: April 27, 2010               GRISWOLD, LASALLE, COBB,
                                    DOWD & GIN, LLP


                                    By   /s/ Michael R. Johnson
                                         ROBERT M. DOWD,
                                         MICHAEL R. JOHNSON,
                                         Attorneys for Defendants,
                                         CALCOT, LTD., and
                                         ROBERT W. NORRIS

Dated: April 27, 2010               CLIFFORD & BROWN


                                    By   /s/ T. Mark Smith
                                         T. MARK SMITH,
                                         Attorneys for Defendants,
                                         CALCOT, LTD., and
                                         ROBERT W. NORRIS


Dated: April 27, 2010               McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE & CARRUTH, LLP


                                    By   /s/ Jerry Casheros
                                         MARSHALL C. WHITNEY,
                                         JERRY CASHEROS,
                                         Attorneys for Defendant,
                                         EADIE & PAYNE, LLP


Dated: April 27, 2010               LAW OFFICES OF RALPH B. WEGIS


                                    By   /s/ Michael Stump
                                         MICHAEL STUMP,
                                         Attorneys for Plaintiffs,
                                         ANDREW FARMS and
                                         GREG PALLA, dba
                                         GREG PALLA FARMING
                                         COMPANY

///

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*STIPULATION AND [PROPOSED] ORDER*
*Andrews Farms v. Calcot, et al.*

1  IT IS SO ORDERED:

2      (1) The hearing date is moved from May 10, 2010, to May 24, 2010; (2) The opposition is due

3  May 4, 2010; and (3) the Reply to the opposition is due May 17, 2010.

4
   IT IS SO ORDERED.
5
   **Dated:    April 27, 2010**           /s/ Lawrence J. O'Neill
6                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*STIPULATION AND [PROPOSED] ORDER*
*Andrews Farms v. Calcot, et al.*