**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREWS FARMS, *et al.*, | CASE NO. CV-F-07-0464 LJO SKO |
| Plaintiffs, | **ORDER ON STIPULATION AND PROPOSED ORDER TO EXTEND TIME** |
| vs. | |
| CALCOT, LTD., *et al.* | |
| Defendants. | |

The parties have filed a second stipulation and proposed order to extend time on the pending motion to alter or amend the class definition in this class action lawsuit. The first and second stipulations to extend time were filed on the date that the opposition to the motion was due. Local Rule 144(d) makes clear that "[r]equests for Court-approved extensions brought on the required filing date...are looked upon with disfavor." Notwithstanding this clear warning, the parties in this action have filed no fewer than twenty (20) stipulations and proposed orders to extend time in this action, most (if not all) of them on the date the required filing was due.

Having reviewed the record, the Court finds that there has been nothing but delay in this action. Accordingly, this Court ORDERS as follows:

1. The parties' stipulation to extend time is GRANTED. This is the **final** stipulation to extend time that the Court will grant without good cause appearing. The revised briefing

1

scheduling on the pending motion to alter or amend the class definition is as follows:

A) Plaintiffs' opposition, if any, shall be filed and served no later than **May 12, 2010**.

B) Defendants' reply, if any, shall be filed and served no later than **May 25, 2010.**

C) The May 24, 2010 hearing on this motion is CONTINUED to **June 8, 2010** at 8:30 a.m. in Courtroom 4 (LJO).

COUNSEL ARE CAUTIONED THAT A STIPULATION DOES NOT ESTABLISH GOOD CAUSE.

2. The Court ADMONISHES the parties that no further stipulations for an extension of time will be granted without a demonstration of good cause. The era of continuances is over. The Court further ADMONISHES the parties that dates in the scheduling conference order, once issued, are firm. Counsel should approach the long-overdue scheduling conference with seriousness and accuracy. **Failure to follow this order–e.g., by filing further stipulations to extend time without good cause–shall result in the imposition of sanctions pursuant to Local Rule 110 for failure to obey this Court order**. This order applies to all further motions, dates, and deadlines in this action.

IT IS SO ORDERED.

**Dated:   May 5, 2010**                         /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE