# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FARMS and GREG PALLA dba GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD., et al.,<br><br>Defendants. | CASE NO.   1:07cv0464 LJO SKO<br><br>ORDER RESETTING SCHEDULING CONFERENCE |

This matter is before the Court upon the parties' "Joint Scheduling Conference Report Pursuant to Rule 26(f)" filed on May 27, 2010. (Doc. 259.) The parties represent the following:

1. Calcot and Plaintiffs believe that they have resolved all issues raised by Calcot's pending Motion For Protective Order.

2. Thus far, the mandatory disclosures have been limited to issues relating to class certification and delayed due to issues related to the dispute on the protective order. Additionally, there was a dispute regarding the scope of the class raised by the Motion to Clarify. Based on the assumption that the issues regarding the protective order are resolved, the parties have agreed that the disclosures should occur on July 2, 2010.

3. Plaintiffs previously requested that defendants stipulate to limited discovery (2 interrogatories to Eadie and Payne and 6 interrogatories to Calcot) to facilitate plaintiffs' discovery plan. Defendants have agreed to respond on or before July 8, 2010 to the interrogatories subject to any available objections.

1     In light of these recent developments, the parties have requested that another scheduling conference be set for late July 2010 to allow the parties to submit a detailed discovery plan and resolve any outstanding notice issues.

    Good cause appearing therefor, the scheduling conference currently set for June 3, 2010, has been **RESET to July 22, 2010, at 9:30 a.m. in Courtroom 8 before the Honorable Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

**Dated:   May 28, 2010**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE