ROBERT M. DOWD, #70685
RAYMOND L. CARLSON, #138043
MICHAEL R. JOHNSON, #237767
ALISON R. TERRY, #258632
GRISWOLD, LaSALLE, COBB,
  DOWD & GIN, L.L.P.
111 E. 7th Street
Hanford, CA 93230
Telephone:   (559) 584-6656
Facsimile:    (559) 582-3106

Attorneys for: Calcot, Ltd.

STEVEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Telephone:   (661) 322-6023
Facsimile:    (661) 322-3508

Attorneys for: Calcot, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALCOT, LTD.; EADIE & PAYNE, LLP; and DOES 1-50,<br><br>    Defendants. | Case No. 1:07-CV-00464-LJO-SKO<br><br>STIPULATION AND ORDER FOR PROTECTIVE ORDER RE USE AND DISSEMINATION OF CONFIDENTIAL INFORMATION |

IT IS HEREBY ORDERED AS FOLLOWS:

1. All information produced during discovery, including all initial disclosures, during this action shall be used only for the purposes of: (i) preparation for, and use, at the trial of this

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

1

Protective Order
Andrews v. Calcot, Ltd., et al.; Case No. 1:07-CV-00464-LJO-SKO

action, including appeal; (ii) pre-trial and post-trial motions and proceedings in this action; or (iii) confidential settlement communications or negotiations in this action.

2.   Independently obtained information is not subject to this Protective Order. The burden is on the party asserting that information was independently obtained to establish by clear and convincing evidence that such information was, in fact, independently obtained. Nothing in this Protective Order limits or undermines Calcot's ability to move to exclude evidence because Calcot maintains it was not properly obtained.

3.   Calcot's information may only be disclosed to the Plaintiffs, witnesses, prospective witnesses, consultants or experts retained by Plaintiffs' counsel who are subject to the restrictions of this protective order. The information disclosed to Plaintiffs, consultants and/or experts retained by Plaintiffs' counsel shall not be used for any other purpose than (i) pre trial and post-trial motions and proceedings in this action; (ii) the trial or appeal of this matter; or (iii) confidential settlement communications or negotiations in this action and shall be immediately returned to Plaintiffs counsel once it has been used for the proper purpose set forth above. Counsel for each party to this action shall be responsible for ensuring that all persons and entities described in Paragraph 4 of this Order who gain access to information are informed of the provisions of this Order and are subject to this Order. Any person or entity to whom information is released, including counsel, shall sign the Acknowledgment of Receipt of this Order attached hereto as Exhibit A. Each party's counsel shall be responsible for ensuring the Acknowledgment of Receipt is executed in each instance and shall maintain in his or her office an executed Acknowledgment of Receipt from each person to whom confidential information has been disclosed and shall serve same on counsel for all other parties. No notice of acknowledgment will need to be executed where the standard insurance policies are forwarded to coverage counsel.

4.   Upon final termination of this action, including all appeals, all confidential information, including all copies and summaries, shall be destroyed or, at the request of producing counsel, be returned, or retained by the receiving party as a confidential document subject to this

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

2

Protective Order
Andrews v. Calcot, Ltd., et al.; Case No.  1:07-CV-00464-LJO-SKO

1  Protective Order.  Each party responsible for such return or destruction shall certify to all other
2  counsel of record that such destruction or return in fact took place not later than 90 days after such
3  final termination of this action.  However, counsel are not required to destroy legal memoranda or
4  opinion letters and other attorney-client privilege or work product documents that may contain
5  references to or information extracted from said documents, and all such memos and
6  correspondence may be retained in the attorney's files.  Furthermore, confidential information that
7  was properly filed with or disclosed to the court in connection with motions, the trial of this matter,
8  or other proceedings in this matter, need not be returned to the producing party but shall be
9  destroyed.

    5.   In the event that Calcot issues a press release relating to this litigation, Plaintiffs counsel shall have be entitled to use Calcot's information to refute or rebut the assertions or contentions set forth in the press release.

    6.   The parties reserve the right to move to amend or modify this Protective Order with the Court.  Further, the parties reserve the right to challenge with the Court the appropriateness of any information or document under this Protective Order.

    7.   This Protective Order does not apply to communications with the Class that are approved by the Court.  (E.g., and without limitation, (Class Notice)).  The parties' recourse shall be to raise those issues, including any objections, with the Court in connection with such notice or other publication of information.

Dated: June 8, 2010                    LAW OFFICES OF RALPH B. WEGIS

                                       By ____/s/ Barry Rosenberg_____
                                          MICHAEL STUMP,
                                          BARRY ROSENBERG,
                                          Attorneys for Plaintiffs,
                                          ANDREW FARMS and
                                          GREG PALLA, dba
                                          GREG PALLA FARMING
                                          COMPANY

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

3

Protective Order
Andrews v. Calcot, Ltd., et al.; Case No.  1:07-CV-00464-LJO-SKO

1  Dated: June 8, 2010                             GRISWOLD, LASALLE, COBB,
                                                                    DOWD & GIN, LLP
2

3                                                           By     /s/ Michael R. Johnson
                                                                    MICHAEL R. JOHNSON,
4                                                                   Attorneys for Defendants,
                                                                    CALCOT, LTD., and
5                                                                   ROBERT W. NORRIS

6

7  IT IS SO ORDERED.

8  **Dated:     June 8, 2010**                              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

4

Protective Order
Andrews v. Calcot, Ltd., et al.; Case No.  1:07-CV-00464-LJO-SKO

**ATTACHMENT "A"**

VERIFIED ACKNOWLEDGMENT

I, the undersigned, do hereby declare:

1. I have read the Protective Order in the subject lawsuit regarding Calcot's documents and have been apprised of its terms by _____, attorney(s) for _____.

2. I hereby agree to abide by the terms of said Order. I declare under penalty of perjury under the laws of the State of _____ that the foregoing is true and correct and that this Verified Acknowledgment is executed on _____, 20____, at _____, _____.

```
                                         _____
                                         Name: _____
```

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 E. 7th STREET
HANFORD, CA 93230

5

Protective Order
Andrews v. Calcot, Ltd., et al.; Case No.  1:07-CV-00464-LJO-SKO