1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

ANDREWS FARMS, et al.,                              CASE NO. 1:07-cv-00464-LJO-SKO

                Plaintiffs,                **ORDER REQUIRING**
                                                    **SUPPLEMENTAL JOINT**
    v.                                        **SCHEDULING REPORT**

CALCOT, LTD, et al.,

                Defendants.
_____/

17         On July 15, 2010, in an attempt to comply with Federal Rule of Civil Procedure 26(f)(2) and

18   the Order Setting Mandatory Scheduling Conference issued by this Court on March 23, 2007

19   ("March 23, 2007 Order"), the parties filed a joint scheduling report.  After reviewing the parties'

20   joint scheduling report, the Court notes that the parties have failed to submit a complete and detailed

21   discovery plan that provides proposed dates for the filing of non-dispositive or dispositive motions,

22   a pre-trial conference date, or a trial date.

23         Exhibit "A" of the March 23, 2007 Order explicitly states that the parties are required to

24   submit a joint scheduling report containing, among other things, a firm cut-off date for discovery,

25   a proposed date for disclosure of expert witnesses, dates agreed to by all counsel for filing of pre-trial

26   motions, a pre-trial conference date, and a trial date.  As none of this information was included in

27   the parties' joint scheduling report, their submission is entirely inadequate.  Therefore, the Court

28   requires the parties to confer and submit a supplemental joint scheduling report that comports with

1  both the March 23, 2007 Order and Federal Rule of Civil Procedure 26.

2      Accordingly, IT IS HEREBY ORDERED THAT the parties confer and submit a

3  supplemental joint scheduling report **on or before July 19, 2010, at 4:00 p.m. that complies with**

4  **all of the requirements of the March 23, 2007 Order, including a complete and detailed**

5  **discovery plan, proposed dates agreed to by all counsel for filing of pre-trial motions, a pre-**

6  **trial conference date, and a trial date.**

7

8  IT IS SO ORDERED.

9  **Dated:    July 16, 2010**                     _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE

2