IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, *et al.*, | CASE NO. CV-F-07-0464 LJO SKO |
| Plaintiffs, | **ORDER TO DISMISS PLAINTIFF GREG PALLA** |
| vs. | |
| CALCOT, LTD., *et al.* | |
| Defendants. | |

Pursuant to the July 22, 2010 stipulation, and Fed. R. Civ. P. 42(a)(1)(A)(2), this Court DISMISSES plaintiff Greg Palla from this action. This order does not close this action.

IT IS SO ORDERED.

**Dated:** **July 23, 2010**        /s/ Lawrence J. O'Neill
                     UNITED STATES DISTRICT JUDGE

1