1
2
3
4
5
6
7
8          # UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREWS FARMS, et al                    )   **Case No.: 1:07-cv-00464 LJO JLT**
                                              )
12                          Plaintiffs,       )   **ORDER ON STIPULATION CONTINUING**
                                              )   **STATUS CONFERENCE**
13        v.                                  )
                                              )
14   CALCOT. LTD., et al.                     )   (Doc. 306)
                                              )
15                          Defendants.       )
                                              )
16   ─────────────────────────────────────   )

17        Based upon the stipulation of the parties, the status conference re: class notice is

18   continued to December 6, 2010 at 9:30 a.m. in Courtroom 6.  The parties are permitted to appear

19   by CourtCall.  The parties are ORDERED to file a joint status conference statement seven days

20   in advance and are required to indicate on the face sheet of the statement whether any telephonic

21   appearance will occur. The parties are advised that their delayed settlement efforts do not

22   constitute good cause to modify the scheduling order and they are reminded of their obligations

23   under that order.

24

25   IT IS SO ORDERED.

26   Dated:  **November 10, 2010**              _____
                                                 **/s/ Jennifer L. Thurston**
27                                               UNITED STATES MAGISTRATE JUDGE

28

                                          1