1  ROBERT M. DOWD, #70685
2  RAYMOND L. CARLSON, #138043
   MICHAEL R. JOHNSON, #237767
3  GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.
   311 North Douty Street; Hanford, CA 93230
4  (559) 584-6656; (559) 582-3106 (Facsimile)
   dowd@griswoldlasalle.com; howe@griswoldlasalle.com; johnson@griswoldlasalle.com
5
6  STEPHEN T. CLIFFORD, #39020
   T. MARK SMITH, #162370
7  CLIFFORD & BROWN
   1430 Truxtun Avenue, Suite 900; Bakersfield, CA 93301-5230
8  (661) 322-6023; (661) 322-3508 (Facsimile)
   sclifford@clifford-brownlaw.com; msmith@clifford-brownlaw.com
9
10 Attorneys for: Defendants, CALCOT, LTD., and ROBERT W. NORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, a California partnership; and, GREG PALLA, a sole proprietor and doing business as GREG PALLA FARMING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALCOT, LTD; ROBERT W. NORRIS; EADIE AND PAYNE, LLP; and DOES 1-50,<br><br>Defendants. | Case No.: 1:07-cv-00464 LJO-DLB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Scheduling Conference Date: March 7, 2011 |

For GOOD CAUSE, the parties hereby stipulate to and respectfully request that the Court continue the Scheduling Conference currently set for March 7, 2011, to March 28, 2011.

This GOOD CAUSE includes, without limitation, the following:

The parties attended an all-day mediation with Judge Cahill of JAMS, in San Francisco. As a

1

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

K:\JLT\To_Be_Signed\07cv464.o.grnt.eot.Status.Andrews.LJO.JLT.wpd/ld

*ANDREWS FARMS v. CALCOT, LTD., et al.*
*STIPULATION AND [PROPOSED] ORDER*


result of the mediation, Defendants Calcot, Ltd. and Robert Norris, agreed to present a settlement proposal made by Plaintiffs to Calcot's Board of Directors. Calcot's next Board Meeting is scheduled for March 16, 2011. The parties are continuing to discuss settlement options that would include all Defendants. A decision will be made on or before March 16, 2011, if settlement can be reached.

Therefore, for GOOD CAUSE the parties respectfully request the Court continue the Scheduling Conference currently set for March 7, 2011, for three weeks so that the Joint Scheduling Report would be due after the Board Meeting. The parties understand that all of the dates have been set in this matter and will not be seeking a continuance based upon the delay caused by the ongoing settlement discussions.

Dated: February 28, 2011        LAW OFFICES OF RALPH B. WEGIS

                                By    /s/ Michael Stump
                                   MICHAEL STUMP,
                                   Attorneys for Plaintiffs,
                                   ANDREW FARMS and
                                   GREG PALLA, dba
                                   GREG PALLA FARMING
                                   COMPANY

Dated: February 28, 2011        GRISWOLD, LASALLE, COBB,
                                   DOWD & GIN, LLP

                                By    /s/ Michael R. Johnson
                                   MICHAEL R. JOHNSON,
                                   Attorneys for Defendants,
                                   CALCOT, LTD., and
                                   ROBERT W. NORRIS

///

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

K:\JLT\To_Be_Signed\07cv464.o.grnt.eot.Status.Andrews.LJO.JLT.wpd/ld

*ANDREWS FARMS v. CALCOT, LTD., et al.*
*STIPULATION AND [PROPOSED] ORDER*

| | | |
|---|---|---|
| 1 | Dated: February 28, 2011 | CLIFFORD & BROWN |
| 2 | | |
| 3 | | By  /s/  T. Mark Smith |
| 4 | | T. MARK SMITH, Attorneys for Defendants, CALCOT, LTD., and |
| 5 | | ROBERT W. NORRIS |
| 6 | | |
| 7 | Dated: February 28, 2011 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
| 8 | | |
| 9 | | By  /s/ Jerry Casheros |
| 10 | | MARSHALL C. WHITNEY, JERRY CASHEROS, |
| 11 | | Attorneys for Defendant, EADIE & PAYNE, LLP |

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

K:\JLT\To_Be_Signed\07cv464.o.grnt.eot.Status.Andrews.LJO.JLT.wpd/ld

3

*ANDREWS FARMS v. CALCOT, LTD., et al.*
*STIPULATION AND [PROPOSED] ORDER*

**ORDER**

Based upon the foregoing and good cause appearing, the status conference set on March 7, 2011, SHALL be continued to March 28, 2011, at 9:30 a.m., in Courtroom 6.

IT IS SO ORDERED.

Dated: **February 28, 2011**             /s/ **Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

K:\JLT\To_Be_Signed\07cv464.o.grnt.eot.Status.Andrews.LJO.JLT.wpd/ld

*ANDREWS FARMS v. CALCOT, LTD., et al.*
*STIPULATION AND [PROPOSED] ORDER*