# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREWS FARMS, et al | ) | **Case No.: 1:07-cv-00464 LJO JLT** |
| | ) | |
| Plaintiffs, | ) | **ORDER ON STIPULATION FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE NOTICE** |
| | ) | **OF SETTLEMENT** |
| CALCOT. LTD., et al. | ) | |
| | ) | (Doc. 320) |
| Defendants. | ) | |

On March 28, 2011, the Court ordered the parties to file their stipulated notice of settlement no later than April 20, 2011. (Doc. 319) However, due to the serious illness of one of Plaintiffs' counsel, the parties have been delayed in completing these settlement efforts. (Doc. 320 at 1-2) As a result, the parties seek a two-week extension, to May 3, 2011, to file their stipulated notice of settlement. Id.

Good cause appearing, the Court **GRANTS** the extension. The stipulated notice of settlement **SHALL** be filed no later than May 3, 2011.

IT IS SO ORDERED.

Dated:  **April 20, 2011**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1