# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREWS FARMS, et al | ) | **Case No.: 1:07-cv-00464 LJO JLT** |
| | ) | |
| Plaintiffs, | ) | **ORDER ON SECOND STIPULATION FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE NOTICE** |
| | ) | **OF SETTLEMENT** |
| CALCOT. LTD., et al. | ) | |
| | ) | (Doc. 322) |
| Defendants. | ) | |
| | ) | |

On March 28, 2011, the Court ordered the parties to file their stipulated notice of settlement no later than April 20, 2011. (Doc. 319) However, due to the serious illness of one of Plaintiffs' counsel, on April 19, 2011, the parties sought a two-week extension, to May 3, 2011, to file their stipulated notice of settlement. (Doc. 320) On April 20, 2011, the Court granted the stipulation. (Doc. 321)

Once again, the parties seek an extension of time within which to finalize their settlement and an extension of time within which to file their motion for approval of the settlement. (Doc. 322) In support of this request, the parties report that the serious illness of one of plaintiffs' counsel has not resolved as quickly as they had anticipated and this has continued to delay settlement efforts. Id. at 2. The parties assert that they will be prepared to file the Notice of Settlement no later than May 12, 2011 and their motion for approval of the settlement by May 23, 2011. Id.

Good cause appearing, the Court **GRANTS** the extension. The stipulated notice of settlement **SHALL** be filed no later than May 12, 2011 and the motion for approval of the settlement **SHALL** be filed no later than May 23, 2011.

**No further extensions of time will be granted absent a showing of extraordinary good cause.**

IT IS SO ORDERED.

Dated:   **May 4, 2011**                                             /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE