# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS FARMS, et al., | CASE NO. CV-F-07-0464 LJO DLB |
| Plaintiffs, | **FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | |
| CALCOT, LTD., EADIE AND PAYNE, and ROBERT W. NORRIS, | |
| Defendants. / | |

The October 4, 2011 Fairness Hearing was held in accordance with this Court's Order Granting Preliminary Approval Of Class Action Settlement ("Preliminary Approval Order") (Doc. 325). Appearing for Plaintiff's Class, by telephone, was Barry E. Rosenberg, for the Law Offices Of Ralph B. Wegis. Appearing for Defendants Calcot, Ltd. and Robert W. Norris were Robert M. Dowd and Michael R. Johnson, of Griswold, LaSalle, Cobb, Dowd, & Gin, L.L.P., in person, and T. Mark Smith, of Clifford & Brown, via telephone. Appearing for Defendant Eadie and Payne, in person, was Jerry Casheros, of McCormick, Barstow, Sheppard, Wayte, & Carruth, L.L.P. No objectors appeared at the hearing.

For the foregoing reasons, this Court ORDERS as follows:

1. For the reasons stated in the Preliminary Approval Order, the parties' proposed settlement agreement ("Settlement Agreement") is GRANTED final approval, as it meets the criteria for settlement approval. The Settlement falls within the range of possible approval as fair, adequate, and reasonable, and appears to be the product of arm's-length and informed negotiations and to treat all Class Members fairly.

2. All Class Members who submitted a timely and valid claim form pursuant to the Settlement Agreement and this Court's Preliminary Approval Order shall receive a settlement share.

3. Class members were provided with the opportunity to comment on, or object to, the Settlement, as well as elect not to participate in the Settlement. No Class members filed written objections to the Settlement as part of the parties' notice procedures nor stated intent to appear at the final approval hearing nor appeared at the fairness hearing.

4. The class representative enhancement request, paid to plaintiff Johnny Andrews, d/b/a Andrews Farms is GRANTED in the amount of $10,000.

5. Class Counsel's motion for attorneys' fees, requesting 27.5% of the Settlement Amount plus costs is GRANTED.

6. The Administrator shall be paid in accordance with the Settlement Agreement and this Court's Preliminary Approval Order.

7. By means of this Final Approval Order, this Court hereby enters final judgment in this action, as defined in Fed. R. Civ. P. 58(a)(1), and DIRECTS the clerk of court to enter judgment in this action

8. The Court further DIRECTS the clerk of court to dismiss this action with prejudice, each side to bear its own costs and attorneys fees, except as provided by the Settlement Agreement and this order.

9. This Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement Agreement.

IT IS SO ORDERED.

**Dated:   October 6, 2011**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE